**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERIAL CHAMMOUT, | CASE NO. CV-F-06-1675 LJO SMS |
| Plaintiff, | **ORDER AFTER STATUS CONFERENCE AND ORDER DISMISSING CASE** |
| vs. | |
| TALAL CHAMMOUT, | |
| Defendant. | |

This Court conducted a status conference in the above matter on October 24, 2007 in department 4. Plaintiff appeared by telephone by counsel Hilton Ryder. No appearance was made by defendant.

At the conference, counsel represented that plaintiff has waived the dischargeability of the debt at issue which renders moot this litigation. Accordingly, based on the representation of counsel and the lack of appearance by defendant, this Court DISMISSES this action without prejudice.

IT IS SO ORDERED.

**Dated:   October 24, 2007**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1